Larry Butler
Tangipahoa Parish Jail
P.O. Box 250
Amite, LA 70422

RECEIVED
FEB 20 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

------------------------------------------------------------

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

SCREENED
OK
U.S. MARSHAL

Hasler
01/31/2019
US POSTAGE $00.50⁰



ZIP 70801
011D11646286

RETURN TO SENDER
INMATE NOT HERE

NIXIE       708  DE 1        0002/18/19
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

REF          BC: 70801176699    *1355-06355-31-42
70801-1766